JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNAH COHEN,<br><br>   Plaintiff,<br><br> vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY and DOES 1 to 100,<br><br>   Defendants. | Case No.: 8:20-cv-01210-MEMF (KESx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [ECF NO. 45]** |

/ / /

/ / /

1

1   Pursuant to the stipulation of the parties, the above-entitled action is hereby
2   dismissed in its entirety with prejudice as to all parties.  Each party shall bear his or
3   its own attorneys' fees and costs.

    IT IS SO ORDERED.

    Dated: July 27, 2022

    _____
    MAAME EWUSI-MENSAH FRIMPONG
    United States District Judge